## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

|  |  |
|---|---|
| THE BOEING COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **No. 17-cv-1981C** |
| v. ) | |
| ) | **Judge Campbell-Smith** |
| THE UNITED STATES, ) | |
| ) | |
| *Defendant.* ) | |

## JOINT STATUS REPORT

Pursuant to the Court's September 22, 2022 Order, Dkt. No 18, plaintiff, The Boeing Company, and defendant, the United States, respectfully submit this joint status report. As the Court noted in its September 22, 2022 Order, the Court stayed this case on August 14, 2019, pending resolution of an earlier-filed case, Case No. 17-1969C. On September 21, 2022, the Court issued a judgment in Case No. 17-1969C, but on September 30, 2022, Boeing filed a notice of appeal of the Court's judgment to the U.S. Court of Appeals for the Federal Circuit (Fed. Cir. Case No. 2023-1018). This appeal of Case No. 17-1969C is currently in briefing. Based on substantial interests of judicial economy, the parties therefore agree that this case should remain stayed pending the resolution of the Federal Circuit appeal, and the parties propose that the Court order a further joint status report to be filed in this case within seven days after the Federal Circuit issues its mandate in the appeal of Case No. 17-1969C.

Dated: December 20, 2022

| | |
|---|---|
| BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>PATRICIA M. MCCARTHY<br>Director<br><br>s/Elizabeth M. Hosford<br>ELIZABETH M. HOSFORD<br>Assistant Director<br><br>s/Daniel B. Volk<br>DANIEL B. VOLK<br>Senior Trial Counsel<br>Commercial Litigation Branch<br>Civil Division<br>United States Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, DC 20044<br>Telephone: (202) 353-7955<br>Facsimile: (202) 307-0972<br>daniel.b.volk@usdoj.gov<br><br>*Of Counsel:*<br>KARA M. KLAAS<br>Trial Attorney<br>Defense Contract Management Agency<br>Contract Disputes Resolution Center<br>14501 George Carter Way, 2nd Floor<br>Chantilly, VA 20151<br><br>*Counsel for the United States* | Respectfully submitted,<br>s/ Scott M. McCaleb<br>Scott M. McCaleb<br>WILEY REIN LLP<br>2050 M Street NW<br>Washington, DC  20036<br>SMcCaleb@wiley.law<br>Tel.: (202) 719-7193<br>Fax: (202) 719-7049<br><br>*Of counsel*:<br>Jon. W. Burd<br>Gary S. Ward<br>George E. Petel<br>WILEY REIN LLP<br><br>Suzette W. Derrevere<br>Jade C. Totman<br>THE BOEING COMPANY<br><br>Seth H. Locke<br>PERKINS COIE LLP<br><br>*Counsel for The Boeing Company* |